IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS MICHAEL SMITH and MONALETO SNEED, | ) ) ) |
| Plaintiffs, | ) ) Case No. 3:21-cv-00262 |
| v. | ) ) ) Judge Eli Richardson |
| P.A.M. TRANSPORT, INC. | ) Magistrate Judge Barbara Holmes ) |
| Defendant. | ) |

**P.A.M. TRANSPORT, INC.'S MOTION FOR SUMMARY JUDGMENT
AND FOR ATTORNEYS' FEES AND COSTS**

Defendant P.A.M. Transport, Inc. ("PAM") moves the Court for summary judgment and dismissal of Plaintiffs' claims with prejudice. As grounds, PAM would show that there exists no genuine issue of material fact, and that PAM is entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56.

Specifically, Plaintiffs have failed to establish a prima facie claim of racial discrimination inasmuch as Sneed has failed to demonstrate that he was qualified for his job and performed it satisfactorily, and because neither Plaintiff can establish they suffered an adverse employment action and that they were replaced by a person outside the protected class, or that they were treated less favorably than a similarly situated individual outside the protected class.

Likewise, Plaintiffs cannot prove a prima facie case for retaliation because, among other reasons, Sneed was fired for poor performance, and Smith voluntarily quit to take another job and therefore suffered no adverse employment action. Nor have Plaintiffs made out a prima facie case that they were subject to a hostile work environment because Plaintiffs have failed to prove that

they were subjected to sufficiently severe or pervasive racial harassment to alter the conditions of their employment and create an abusive working environment, as well as for the additional reasons set forth in PAM's contemporaneously filed Memorandum filed in support of this Motion and the exhibits attached thereto.

PAM further moves for an award of its attorneys' fees and costs incurred in defending this action pursuant to *Christiansburg Garment Co. v. Equal Employment Opportunity Commission*, 434 U.S. 412 (1978) insofar as Plaintiffs' action is determined to be frivolous, unreasonable, and without merit.

Respectfully submitted by:

s/ Autumn L. Gentry
M. Reid Estes, Jr., #9043
Autumn L. Gentry, #20766
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, Tennessee 37219
Phone: (615) 244-6538
Fax: (615) 256-8386
restes@dickinsonwright.com
agentry@dickinsonwright.com

*Attorneys for Defendant*
*P.A.M. Transport, Inc.*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was served upon the following via the court's efiling system to:

| | |
|---|---|
| Stephen W. Grace<br>1019 16th Avenue, South<br>Nashville, Tennessee 37212<br>sgrace@sgracelaw.com | Douglas B. Janney III<br>2021 Richard Jones Road<br>Suite 310A<br>Nashville, Tennessee 37215<br>doug@janneylaw.com |

Dated: May 9, 2022

                                          s/ Autumn L. Gentry
                                          Autumn L. Gentry

4882-6117-0207 v1 [27403-23]

3
Case 3:21-cv-00262   Document 24   Filed 05/09/22   Page 3 of 3 PageID #: 159