IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS MICHAEL SMITH and <br> MONALETO D. SNEED, <br><br> Plaintiffs, <br><br> v. <br><br> P.A.M. TRANSPORT, INC., <br><br> Defendant. | ) <br> ) <br> ) No. 3:21-cv-00262 <br> ) <br> ) Judge Richardson <br> ) Magistrate Judge Holmes <br> ) <br> ) Jury Demand <br> ) <br> ) |

## NOTICE OF FILING

Plaintiffs Thomas Michael Smith and Monaleto D. Sneed give notice of their filing of the attached items in support of their Response in Opposition to Defendant's Motion for Summary Judgment:

1. Thomas Michael Smith deposition transcript;

2. Monaleto D. Sneed deposition transcript;

3. Sneed deposition Exhibit 3;

4. Holly Wright Rule 30(b)(6) deposition transcript;

5. Rule 30(b)(6) Notice of Deposition to Defendant; and,

6. May 27 and 31, 2022, emails with Omnitracs' counsel re: QualComm messages sent to and from Plaintiffs during their employment with Defendant and subpoenaed from Omnitracs.

Respectfully submitted,

s/Stephen W. Grace
Stephen W. Grace, (TN BPR No. 14867)
1019 16th Avenue, South
Nashville, Tennessee 37212
(615) 255-5225

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2021 Richard Jones Road, Suite 310A
Nashville, Tennessee 37215
(615) 742-5900
doug@janneylaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that I electronically filed and served this Notice of Filing using the Court's CM/ECF system upon M. Reid Estes, Jr., and Autumn L. Gentry, Dickinson Wright PLLC, 424 Church Street, Suite 800, Nashville, Tennessee 37219 on June 6, 2022.

s/Douglas B. Janney III
Douglas B. Janney III